# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CONTINUING TUTORSHIP OF
T.R.B., A PERSON WITH AN
INTELLECTUAL DISABILITY

NO.  2020 CW 1191

**DECEMBER 30, 2020**

In Re:  U.M.B. and B.P.B., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 108473.

**BEFORE:  McCLENDON, HIGGINBOTHAM, THERIOT, PENZATO, AND WOLFE, JJ.**

**WRIT DENIED.**

**PMc**
**MRT**
**AHP**

**Higginbotham and Wolfe, JJ.**, dissent and would grant the writ.  The petition for continuing tutorship was filed prior to T.R.B. reaching the age of eighteen.  La. Civ. Code art. 355 provides that the parents may file such a petition when a person above the age of fifteen meets the requirements stated therein, thereby referencing the time of filing the petition.  See also **In re Tutorship of Blanque**, 97-249 (La. App. 5th Cir. 9/30/97), 700 So.2d 1077, 1082, n.1, writ denied, 97-2744 (La. 1/16/98), 706 So.2d 979.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT